# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2010

Marilyn Kelly,
Chief Justice

141312

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                   SC: 141312
                                   COA: 288843
                                   Berrien CC: 2005-402293-FJ

CECIL D. HUSTON,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 13, 2010 judgment of the Court of Appeals is considered, and it is GRANTED, to consider whether "vulnerability" of a victim includes consideration of the victim's surrounding circumstances at the time of the offense, or is limited to the victim's personal characteristics.

      The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the court for permission to file briefs amicus curiae.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2010

                            Clerk

p0922